DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**B. GREENWALD MEDICAL, P.A.** a/a/o **CYNTHIA LAMONT,**
Appellant,

v.

**ALLSTATE INDEMNITY COMPANY,**
Appellee.

No. 4D21-277

[August 12, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald Roy Corlew, Judge; L.T. Case Nos. 502018AP000117CAXXMB and 502012SC002406XXXXSB.

Scott J. Edwards of Scott J. Edwards, P.A., Boca Raton, for appellant.

Daniel E. Nordby and Alyssa L. Cory of Shutts & Bowen LLP, Tallahassee and Tampa, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***